1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  GENERAL PRODUCE CO., LTD.,                No. 2:07-cv–02699-MCE-DAD

12              Plaintiff,

13       vs.                                  ORDER

14  ALVIN B. GIBBS, individually and
    doing business as Al & Peg's Produce,

15
                Defendant.
16  _____/

17       This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636

18  and Local Rule 72-302(c)(19).

19       On April 9, 2008, the magistrate judge filed findings and recommendations herein which

20  were served on all parties who have appeared in the action and which contained notice to the

21  parties that any objections to the findings and recommendations were to be filed within twenty

22  days.  In accordance with the magistrate judge's order, plaintiff served a copy the findings and

23  recommendations on the defaulting defendant at two addresses.  No objections to the findings

24  and recommendations have been filed.

25       The court has reviewed the file and finds the findings and recommendations to be

26  supported by the record and by the magistrate judge's analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1.     The findings and recommendations filed April 9, 2008, are adopted in full;

2.     Plaintiff's February 29, 2008 motion for default judgment is granted;

3.     Defendant is declared to have violated the Perishable Agricultural Commodities Act; and

4.     Judgment is entered for plaintiff and against defendant for

     (a)     the unpaid balance of $33,298.31;

     (b)     interest in the amount of $11,987.39 through April 5, 2008;

     (c)     interest at the rate of $16.42 per day from April 6, 2008 to the date of judgment;

     (d)     post-judgment interest at the rate of 18%;

     (e)     costs in the amount of $395.00;

     (f)     attorney's fees in the amount of $1,650.00.

Dated:  May 6, 2008

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE