UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA  95814

**General Produce Co., Ltd.**                                     **DEFAULT JUDGMENT**

    v.

                                          Case No. CIV S-07-2699 MCE DAD

**Alvin B. Gibbs dba Al & Peg's Produce**

_____

       **IT IS ORDERED AND ADJUDGED** Default Judgment is hereby ENTERED against defendant:

       **Alvin B. Gibbs dba Al & Peg's Produce**

May 6, 2008

       VICTORIA C. MINOR, CLERK

       By:  /s/ M. Marciel\_\_\_\_\_
       M. Marciel, Deputy Clerk