DANIEL A. McDANIEL - SBN 77363
NOMELLINI, GRILLI & McDANIEL
PROFESSIONAL LAW CORPORATIONS
235 East Weber Avenue
Post Office Box 1461
Stockton, California 95201-1461
Telephone: (209) 465-5883
Facsimile: (209) 465-3956

Attorneys for Plaintiff
General Produce Co., Ltd.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL PRODUCE CO., LTD., a California limited partnership,<br><br>Plaintiff,<br><br>vs.<br><br>ALVIN B. GIBBS, individually and doing business as AL & PEG'S PRODUCE,<br><br>Defendant. | Case No.  2:07-CV-02699-MCE-DAD<br><br>**ORDER FOR APPEARANCE AND EXAMINATION**<br><br>Date:        September 5, 2008<br>Time:       10:00 a.m.<br>Courtroom: Hon. Dale A. Drozd, Magistrate |

To ALVIN B. GIBBS:

YOU ARE ORDERED TO APPEAR personally before this court, to furnish information to aid in enforcement of a money judgment against you, on September 5, 2008, at 10:00 a.m., in Room 27 of the United States District Court, 501 "I" Street, Sacramento, California 95814.

NOTICE TO JUDGMENT DEBTOR: If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.

IT IS SO ORDERED.

DATED: July 24, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.civil/genproduce2699.ord