IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL PRODUCE CO., LTD.,<br><br>    Plaintiff,<br><br>    v.<br><br>ALVIN B. GIBBS, individually and<br>doing business as Al & Peg's Produce,<br><br>    Defendant.<br>_____/ | No. CIV S-07-2699 MCE DAD<br><br><br><br>ORDER DISCHARGING<br>ORDER TO APPEAR AND<br>SHOW CAUSE |

Plaintiff has notified the court that judgment debtor Alvin B. Gibbs voluntarily appeared and submitted to examination. Plaintiff requests that the court withdraw its order requiring the judgment debtor to appear for examination and show cause re contempt on October 3, 2008. Good cause appearing, IT IS ORDERED that the court's September 11, 2008 order (Doc. No. 27) requiring Alvin B. Gibbs to appear and show cause is hereby discharged, and the matter is dropped from the court's October 3, 2008 calendar. Plaintiff shall serve a copy of this order on Alvin B. Gibbs by mail.

DATED: October 3, 2008.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.civil\generalproduce2699.osc.discharged